AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Gillum, Jr,

*Plaintiff*,

v.  Case No. 0:18-cv-01434-DSD-KMM

Hellmuth & Johnson, PLLC,

*Defendant*.

## SUMMONS IN A CIVIL ACTION

To: Hellmuth & Johnson, PLLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jonathan L R Drewes
> 509 First Avenue NE, Suite 2
> Minneapolis, MN
> 55413

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By: /s/ M. Price

Signature of Clerk or Deputy Clerk

Mandy M. Price

Date of Issuance: May 25, 2018

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 0:18-cv-01434-DSD-KMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Hellmuth & Johnson, PLLC
was received by me on *(date)*   07/11/2018   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   J. Robert Keena, Esq, Chief Operating Officer   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Hellmuth & Johnson, PLLC
at 8050 W 78th Street, Edina, MN 55439   on *(date)*   07/11/2018   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 7/18/18

*Server's signature*

Daniel Otto- Process Server
*Printed name and title*

Excel Legal Courier
6607 - 18th Avenue S, Suite 204
Richfield, MN 55423
*Server's address*

Additional information regarding attempted service, etc:
Documents served: 1) Summons;  2) Complaint;  3)Civil Cover Sheet