# UNITED STATES DISTRICT COURT
## District of Minnesota

Robert Gillum, Jr.,

                    Plaintiff,

v.

Hellmuth & Johnson, PLLC,

                    Defendant(s).

**CLERK'S ENTRY OF DEFAULT**

Case Number:  18-cv-1434 DSD/KMM

It appearing that defendant(s) Hellmuth & Johnson, PLLC in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff, Robert Gillum, Jr.

    DEFAULT IS HEREBY ENTERED against Hellmuth & Johnson, PLLC

                                              KATE M. FOGARTY, CLERK

Date: 8/23/2018

                                              s/M. Giorgini

                           (By)     M. Giorgini     Deputy Clerk